| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last. First. Middle):<br>**Electrical Components International, Inc.** | Name of Joint Debtor (Spouse) (Last. First. Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married. maiden, and trade names):<br>**Whitehouse Acquisition Co.**<br>**Electrical Components International DE Holdings, Co.**<br>**Wirekraft Employment Co.**　　　**Wire Harness Industries Inc.**<br>**Wire Harness Contractors, Inc.**　　**Wirekraft LLC**<br>**Wire Harness Automotive, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married. maiden. and trade names):<br>**N/A** |
| Last four digits of Social-Security No /Complete EIN or other Tax-I D No (if more than one, state all):<br>**Taxpayer Id. No. 20-4674361** | Last four digits of Social-Security No /Complete EIN or other Tax-I D No (if more than one. state all):<br>**N/A** |
| Street Address of Debtor (No and Street, City, and State):<br>**1 City Place Drive, Suite 450**<br>**St. Louis, MO**　　　　　　　ZIP CODE **63141** | Street Address of Joint Debtor (No and Street, City, and State):<br>**N/A**　　　　　　　ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis County** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A** | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**　　　　　　ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**　　　　　　　　ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box ) | Nature of Business<br>(Check one box )| Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above<br>　entities. check this box and state type of<br>　entity below ) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>　11 U S C § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Manufacturing** | ☐ Chapter 7　　☐ Chapter 15 Petition for Recognition of a Foreign<br>☐ Chapter 9　　　　Main Proceeding<br>☒ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign<br>☐ Chapter 12　　　Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box. if applicable )<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts (Check one box)**<br>☐ Debts are primarily consumer　☒ Debts are primarily business<br>　debts, defined in 11 U S C §　　　debts<br>　101(8) as "incurred by an<br>　individual primarily for a personal.<br>　family, or household purpose." |

**Filing Fee (Check one box)**

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only)
　Must attach signed application for the court's consideration certifying that the debtor is
　unable to pay fee except in installments Rule 1006(b) See Official Form 3A

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only) Must attach signed
　application for the court's consideration See Official Form 3B

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U S C § 101(51D)
☒ Debtor is not a small business debtor as defined in 11 U S C § 101(51D)

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
　insiders or affiliates) are less than $2,190,000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☒ A plan is being filed with this petition
☒ Acceptances of the plan were solicited prepetition from one or more classes of
　creditors, in accordance with 11 U.S.C. § 1126(B).

**Statistical/Administrative Information**　　　　　　　　　　　　　　　　　THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors
☐ Debtor estimates that. after any exempt property is excluded and administrative expenses paid there will be no funds available for
　distribution to unsecured creditors

Estimated Number of Creditors (Consolidated with affiliates)

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1.000-5.000 | ☐ 5,001-10.000 | ☐ 10 001-25.000 | ☐ 25.001-50.000 | ☐ 50,001-100.000 | ☐ Over 100 000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets (Consolidated with affiliates)

| ☐ $0 to $50,000 | ☐ $50,001 to $100.000 | ☐ $100 001 to $500.000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10.000.000 1 to $50 million | ☐ $50 000.001 to $100 million | ☒ $100,000.001 to $500 million | ☐ $500.000 001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities (Consolidated with affiliates)

| ☐ $0 to $50.000 | ☐ $50,001 to $100.000 | ☐ $100.001 to $500.000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10.000.000 1 to $50 million | ☐ $50 000.001 to $100 million | ☒ $100,000.001 to $500 million | ☐ $500 000.001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** Electrical Components International, Inc. |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **N/A** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attached Schedule 1** | Case Number: | Date Filed: |
| District: **District of Delaware** | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 ) **NOT APPLICABLE** ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts ) **NOT APPLICABLE** I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) X _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition

☒ No

**Exhibit D**

**NOT APPLICABLE**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D )

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box )

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

**NOT APPLICABLE**

☐ Landlord has a judgment against the debtor for possession of debtor's residence  (If box checked, complete the following )

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U S C  § 362(l))

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Electrical Components International, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>X_____<br>Signature of Debtor<br><br>X_____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition<br><br>(Check only one box )<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 are attached<br><br>☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| /s/ *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Mark D. Collins (No. 2981)<br><br>Paul N. Heath (No. 3704)<br>Printed Name of Attorneys for Debtor(s)<br><br>Richards, Layton & Finger, P.A.<br>Firm Name<br><br>One Rodney Square, 920 North King Street, Wilmington, DE 19801<br>Address<br><br>302-651-7700<br>Telephone Number<br><br>March 30, 2010<br>Date<br><br>* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U S C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19B is attached<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above |
| **Signature of Debtor (Corporation/Partnership)** | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition<br><br>/s/ *[signature]*<br>Signature of Authorized Individual<br><br>David J. Webster<br>Printed Name of Authorized Individual<br><br>Chief Executive Officer<br>Title of Authorized Individual<br><br>March 30, 2010<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C § 110, 18 U.S.C. § 156.* |

## Schedule 1

| No. | Name of Debtor: | Last 4 Digits of Taxpayer Id. No. |
|-----|-----------------|-----------------------------------|
| 1. | FP-ECI Holdings Company | 4246 |
| 2. | Electrical Components International, Inc. | 4361 |
| 3. | ECM Holding Company | 7759 |
| 4. | Noma O.P., Inc. | 5495 |

**ELECTRICAL COMPONENTS INTERNATIONAL, INC.**
**CONSENT/RESOLUTIONS**

## UNANIMOUS WRITTEN CONSENT

## OF

## THE BOARD OF DIRECTORS

## OF

## ELECTRICAL COMPONENTS INTERNATIONAL, INC.

### March 30, 2010

Pursuant to the provisions of the General Corporation Law of the State of Delaware, the undersigned, being all of the members of the board of directors (the "**Board**") of Electrical Components International, Inc., a Delaware corporation (the "**Borrower**") do hereby unanimously consent to, adopt and approve the following resolutions and each and every action effected thereby:

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Borrower, its creditors, stockholders, and other interested parties, that a voluntary petition (the "**Chapter 11 Case**") be filed by the Borrower to seek relief under the provisions of Chapter 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, pursuant to the terms and conditions set forth in that certain Senior Secured Super-Priority Debtor-In-Possession Credit Agreement (as it may be amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "**DIP Credit Agreement**"; capitalized terms used herein but not otherwise defined herein shall have the meaning given to such term in the DIP Credit Agreement) by and among Borrower, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, FP-ECI Holdings Company, a Delaware corporation, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, ECM Holding Company, a Delaware corporation, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, Noma O.P., Inc., a Delaware corporation, as a debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code, UBS AG, Stamford Branch, as administrative agent and as collateral agent (in such capacity, the "**Collateral Agent**"), the other agents party thereto, and the lenders party thereto (the "**DIP Lenders**"), a draft of which has been made available to the Board, the DIP Lenders are willing to make available to the Borrower senior secured super-priority term credit facilities;

**WHEREAS,** to secure all of the Borrower's obligations under the DIP Credit Agreement and any Additional Credit Documents (as defined below), the DIP Lenders have requested that the Borrower grant to the Collateral Agent, for the benefit of the Collateral Agent and the DIP Lenders and the other Secured Parties, a security

interest in and lien upon substantially all of its existing and after-acquired personal and real property pursuant to the terms and conditions set forth in the Security Agreement;

**WHEREAS**, the Borrower will receive direct and indirect benefits as a result of the transactions contemplated by the DIP Credit Agreement and in that regard proposes to enter into the DIP Credit Agreement and any other Additional Credit Documents (as defined below); and

**WHEREAS**, the undersigned deem the DIP Credit Agreement and any other Additional Credit Documents to which the Borrower is a party, the performance of the Borrower's obligations and each of the transactions contemplated thereby to be advisable and in the best interests of the Borrower.

1. Chapter 11 Cases.

**NOW, THEREFORE, BE IT RESOLVED,** that the Chief Executive Officer, Chief Financial Officer, President, any Vice President, the Treasurer, any Assistant Treasurer, the Secretary, and any Assistant Secretary of the Borrower (each, a **"Proper Officer"**), any one of whom may act without the joinder of any of the others shall be, and hereby is, authorized and directed on behalf of the Borrower to execute and verify the petition in respect of the Chapter 11 Case in the name of the Borrower under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court in such form and at such time as the officer executing said petition shall determine; and

**RESOLVED FURTHER,** that the Proper Officers, any one of whom may act without the joinder of any of the others be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Borrower, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, the DIP Credit Agreement and all Additional Credit Documents (as defined below), petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all actions which the Proper Officer deems necessary, appropriate and advisable in connection with the Chapter 11 Case with any changes thereto to be conclusive evidence that such Proper Officer deemed such changes to meet such standard.

2. DIP Credit Agreement.

**NOW, THEREFORE, BE IT RESOLVED,** that the execution and delivery of the DIP Credit Agreement in substantially the form previously submitted to the Board, and the consummation of the transactions and the performance of the Borrower's obligations contemplated thereunder, including the execution, delivery and performance of all agreements, instruments, and documents constituting exhibits to or required to be executed pursuant to the DIP Credit Agreement or otherwise related

thereto (each, an "**Additional Credit Document**" and collectively, the "**Additional Credit Documents**"), the incurrence by the Borrower of indebtedness thereunder and the grant of security interests in and liens upon substantially all of the Borrower's assets in favor of the Collateral Agent, for the benefit of the Collateral Agent, the DIP Lenders and the other Secured Parties, are hereby authorized and approved, and each Proper Officer, any one of whom may act without the joinder of any of the others, are hereby authorized, empowered and directed, in the name and on behalf of the Borrower, to execute and deliver the DIP Credit Agreement and each Additional Credit Document, with such changes therein and additions thereto as any such Proper Officer, in his or her sole discretion, may deem necessary, appropriate or advisable, the execution and delivery of the DIP Credit Agreement and each Additional Credit Document by any such Proper Officer with any changes thereto to be conclusive evidence that such Proper Officer deemed such changes to meet such standard; and

        **RESOLVED FURTHER**, that, as used herein, the term "Additional Credit Documents" shall include, but not be limited to:

      (a)      the Notes (if any);

      (b)      the Security Agreement; and

      (c)      the other Security Documents to which the Borrower is a party and all other documents to which the Borrower is a party necessary to consummate the transactions contemplated by the DIP Credit Agreement; and

        **RESOLVED FURTHER**, that the Proper Officers, any one of whom may act without the joinder of any of the others, are hereby authorized, in the name and on behalf of the Borrower, to take all actions (including, without limitation, (i) the negotiation, execution, delivery and filing of any agreements, certificates or other instruments or documents, (ii) the modification or amendment of any of the terms and conditions of the DIP Credit Agreement and/or any Additional Credit Documents, (iii) the payment of any consideration and (iv) the payment of expenses and taxes) as any such Proper Officer, in his or her sole discretion, may deem necessary, appropriate or advisable (such acts to be conclusive evidence that such officer deemed the same to meet such standard) in order to effect the transactions contemplated under the DIP Credit Agreement or any Additional Credit Documents, and all acts of any such Proper Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified and confirmed in all respects.

3.      General Authority.

        **NOW, THEREFORE, BE IT RESOLVED**, that each Proper Officer, any one of whom may act without the joinder of any of the others, hereby is authorized in the name and on behalf of the Borrower, to take all such further actions, including, but

not limited to, (i) the negotiation of such additional agreements, amendments, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the negotiation of such changes and additions to any agreements, amendments, supplements, reports, documents, instruments, applications, notes or certificates currently existing, (iii) the execution, delivery and filing (if applicable) of any of the foregoing and (iv) the payment of all fees, consent payments, taxes and other expenses as any such officer, in his or her sole discretion, may approve or deem necessary, appropriate or advisable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such officer deemed the same to be so necessary, appropriate or advisable; and that all such actions, executions, deliveries, filings and payments taken or made at any time in connection with the transactions contemplated by the foregoing resolutions hereby are approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Borrower as if specifically set out in these resolutions.

4.     Ratification of Past Actions.

**NOW, THEREFORE, BE IT RESOLVED**, that all acts and deeds of any Proper Officer taken prior to the date hereof to carry out the intent and accomplish the purposes of the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Borrower.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent in one or more counterparts, each of which shall be deemed to be one and the same instrument, as of the date first set forth above.

_____
Benjamin Ball

_____
Tom Ludwig

_____
David Webster

US_ACTIVE:\43339439\05\43339439_5 DOC\43562 0006

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent in one or more counterparts, each of which shall be deemed to be one and the same instrument, as of the date first set forth above.

_____
Benjamin Ball

_____
Tom Ludwig

_____
David Webster

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------x
In re                                    :       Chapter 11
                                         :
ELECTRICAL COMPONENTS                    :       Case No. _____ (  )
INTERNATIONAL, INC.,                     :
            Debtor.                      :       Joint Administration Requested
                                         :
-------------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 30 LARGEST UNSECURED CLAIMS

   The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and certain affiliated Debtors (collectively, the "Debtors"), each of which commenced chapter 11 cases in this Court on March 30, 2010. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of March 29, 2010. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

| Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|
| 1   Tyco Electronics | Tyco Electronics<br>P.O. Box 100985<br>Atlanta GA 30384-0985<br>Telephone: 717-986-7273<br>Fax: 717-986-5073<br>djslabin@tycoelectronics.com | Trade Debt | | $7,989,000 |

| | Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|---|
| 2 | Vulkor Inc. | Vulkor Inc<br>621 Dana Street<br>Warren OH 44483<br>Telephone: 330-527-2124<br>Fax: 330-527-2123<br>dave_campbell@thermolink.com | Trade Debt | | $5,228,000 |
| 3 | Coleman Cable, Inc | Coleman Cable, Inc<br>P.O. Box 933091<br>Atlanta GA 31193-3091<br>Telephone: 574-546-5115<br>Fax: 574-546-6380<br>mfrigo@coleman-cable.com | Trade Debt | | $4,049,000 |
| 4 | Jabil Circuit (Guangzhou) Ltd | Jabil Circuit (Guangzhou) Ltd<br>128 Jun Cheng Road<br>District Guangdong Province, PRC<br>510530<br>Telephone: 86-20-82135836<br>Fax: 86-20-82135528<br>ricky_chen@jabil.com | Trade Debt | | $2,117,000 |
| 5 | Molex Connector Corp | Molex Connector Corp<br>P.O. Box 101853<br>Atlanta GA 30392-1853<br>Telephone: 800-786-6539 x 5552139<br>Fax: 888-786-6539<br>larry.simpson@molex.com | Trade Debt | | $1,995,000 |
| 6 | Southwire OEM Division | Southwire OEM Division<br>75 Remittance Drive Suite 6815<br>Chicago IL 60675-6815<br>Telephone: 940-328-1047<br>Fax: 940-328-1013<br>norman_adkins@southwire.com | Trade Debt | | $1,984,000 |
| 7 | Power & Signal Group | Power & Signal Group<br>P.O. Box 371287<br>Pittsburg PA 15250-7287<br>Telephone: 440-836-6616 X 6616<br>Fax: 631-622-2029<br>pfovozzo@powersignal.com | Trade Debt | | $868,000 |
| 8 | JST Corporation Brokers | JST Corporation Brokers<br>39648 Treasury Center<br>Chicago IL 60694-9600<br>Telephone: 800-947-1110<br>Fax: 847-473-1373<br>phillip.mosley@jstus.com | Trade Debt | | $615,000 |

| | Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|---|
| 9 | Sager Electronics | Sager Electronics P.O. Box 842544 Boston MA 02284-2544 Telephone: 800-724-3780 Fax: 800-268-8001 ecassatt@sager.com | Trade Debt | | $533,000 |
| 10 | Therm-O-Disc Inc. | Therm-O-Disc Inc. P.O. Box 905596 Charlotte NC 28290-5596 Telephone: 419-525-8524 Fax: 419-525-8525 randy.portz@tod.com | Trade Debt | | $495,000 |
| 11 | GE Industrial Systems | GE Industrial Systems P.O. Box 643449 Pittsburg PA 15264-3449 Telephone: 219-439-5405 Fax: 219-439-2735 mark.heslin@ge.com | Trade Debt | | $472,000 |
| 12 | Saturn Electronics | Saturn Electronics 2120 Austin Ave Rochester Hills MI 48309 Telephone: 915-783-3831 Fax: 915-771-0221 hgannon@saturnee.com | Trade Debt | | $449,000 |
| 13 | Textape Inc | Textape Inc 915 Pendale Road El Paso TX 79907 Telephone: 915-595-1525 Fax: 915-595-1646 van@textape.com | Trade Debt | | $444,000 |
| 14 | TTI Inc | TTI Inc. P.O. Drawer 99111 Fort Worth TX 76199-0111 Telephone: 817-624-6380 Fax: 817-624-6383 yvette.haro@ttiinc.com | Trade Debt | | $438,000 |
| 15 | Radix Wire Co. | Radix Wire Co. P.O. Box 92212 Cleveland, OH 44193 Telephone: 216-289-3530 X155 Fax: 216-731-7082 gwasch@radix-wire.com | Trade Debt | | $422,000 |

| | Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|---|
| 16 | Anixter Inc | Anixter Inc<br>P.O. Box 847428<br>Dallas TX 75284<br>Telephone: 915-860-4858<br>Fax: 915-860-4898<br>bob.eck@anixter.com | Trade Debt | | $408,000 |
| 17 | Bourbon Plastics Inc | Bourbon Plastics Inc<br>2514 Paysphere Circle<br>Chicago IL 60674<br>Telephone: 574-342-0893 x 5405<br>sherylbaxter@bourbonplast.com | Trade Debt | | $404,000 |
| 18 | IUSA S A De C V. | IUSA S A. De C V<br>Av Del Olmo #2-203 Col Alamos<br>2da Seccion, Queretaro<br>76160<br>Telephone: 442-245-1340 X25 X46<br>Fax: 442-245-1344<br>rcisneros@iusa.com.mx | Trade Debt | | $362,000 |
| 19 | Honeywell Sensing & Control | Honeywell Sensing & Control<br>12484 Collection Center Drive<br>Chicago IL 60693<br>Telephone: 815-235-5445<br>Fax: 815-235-5591<br>carlosmorales@advancetechnical.com | Trade Debt | | $360,000 |
| 20 | RPI De Mexico S De Rl | Lizeth Sinecio, Materials Manager,<br>RPI De Mexico S De Rl<br>Ave. Montebello S/N<br>Reynosa Tam 88780<br>Telephone: 52(899) 958-1741<br>Fax: 52(899) 958-1733<br>lsinecio@epcmfg.com | Trade Debt | | $331,000 |
| 21 | Advanced Teck | Advanced Teck<br>23713 Parkland Avenue<br>Moreno Valley CA 92557<br>Telephone: 951-243-8964<br>Fax: 951-243-3404<br>advancedtek@msn.com | Trade Debt | | $306,000 |
| 22 | Fortis Plastics Inc. | Fortis Plastics Inc<br>P.O. Box 535233<br>Atlanta GA 30353-5233<br>Telephone: 574-485-1127<br>Fax: 574-968-0431<br>anne.morris@atlantisplastics.com | Trade Debt | | $286,000 |

| | Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|---|
| 23 | Invensys Appliance Controls | Invensys Appliance Controls<br>14557 Collection Center Drive<br>Chicago IL 60693<br>Telephone: 630-260-3400<br>Fax: 630-260-7325<br>mark.balcunas@invensys.com | Trade Debt | | $269,000 |
| 24 | ETCO Incorporated | ETCO Incorporated<br>25 Belloes Street<br>Warwick RI 02888<br>Telephone: 401-467-3143<br>Fax: 401-941-2453<br>ssederson@etco.com | Trade Debt | | $255,000 |
| 25 | Grayline Inc | Grayline Inc.<br>2101 Airport Road<br>Waukesha WI 53188-245<br>Telephone: 262-542-4300<br>Fax: 262-542-4324<br>mikem@graylineinc.com | Trade Debt | | $224,000 |
| 26 | Wako Electronics | Wako Electronics<br>2105 Production Drive<br>Louisville KY 40299<br>Telephone: 502-429-8866 X 7125<br>Fax: 502-429-8869<br>jenkins@wako-usa.com | Trade Debt | | $222,000 |
| 27 | Force Electronics, Inc. | Force Electronics, Inc.<br>P O Box 41117<br>Los Angeles CA 90074<br>Telephone: 480-968-3900<br>Fax: 480-968-6100<br>cpayne@heilind.com | Trade Debt | | $200,000 |
| 28 | Carlton-Bates Company | Carlton-Bates Company<br>1530 Goodyear Dr Bldg A<br>El Paso TX 79936<br>Telephone: 915-599-2499<br>Fax: 915-599-2454<br>chb@carlton-bates.com | Trade Debt | | $162,000 |
| 29 | Heyco Products | Heyco Products<br>P.O Box 8500(S-42220)<br>Philadelphia PA 19178<br>Telephone: 732-286-4336 X 267<br>Fax: 732-244-8843<br>lweb@heyco.com | Trade Debt | | $147,000 |

| | Name Of Creditor | Name, Telephone Number And Complete Mailing Address, Including Zip Code, Of Employee, Agent, Or Department Of Creditor Familiar With Claim Who May Be Contacted | Nature Of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate If Claim Is Contingent, Unliquidated, Disputed Or Subject To Set-Off | Amount Of Claim (If Secured Also State Value Of Security) |
|---|---|---|---|---|---|
| 30 | CPX Inc | CPX Inc. P.O. Box 635246 Cincinnati OH 45263-5246 Telephone: 812-346-8567 X222 Fax: 812-346-7400 mmiller@cpxinc.com | Trade Debt | | $136,000 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------x
```
| | |
|---|---|
| **In re** : | **Chapter 11** |
| : | |
| **ELECTRICAL COMPONENTS** : | **Case No. _____ ( )** |
| **INTERNATIONAL, INC.,** : | |
| **Debtor.** : | **Joint Administration Requested** |
| : | |

```
--------------------------------------------------------x
```

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, am authorized to sign on behalf of Electrical Components

International, Inc., named as the debtor in this case (the "Debtor"), and I declare under penalty of

perjury that I have read the foregoing Consolidated List of Creditors Holding the Thirty (30)

Largest Unsecured Claims against the Debtor and certain affiliated entities that have

simultaneously commenced chapter 11 cases in this Court and that it is true and correct to the

best of my information and belief.

Dated: March 30, 2010

/s/
By: David J. Webster
Title: Chief Executive Officer

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **ELECTRICAL COMPONENTS** | : | **Case No. _____ ( )** |
| **INTERNATIONAL, INC.,** | : |  |
| Debtor. | : | **Joint Administration Requested** |
|  | : |  |

---------------------------------------------------------x

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(A)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and to enable the Judge to evaluate possible disqualification or recusal, the undersigned on behalf of Electrical Components International, Inc., the debtor in the above-captioned case, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of Electrical Components International, Inc.'s equity interests:

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| FP-ECI Holdings Company 1 City Place Drive, Suite 450 St. Louis, MO 63141 | Direct Owner of Electrical Components International, Inc. | 100% |
| Francisco Partners, LP One Letterman Drive Building C – Suite 410 San Francisco, CA 94129 | Owner of FP-ECI Holdings Company | 98% |

Dated: March 30, 2010

/s/ _____
By: David J. Webster
Title: Chief Executive Officer