IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re                                              :     Chapter 11
                                                   :
ELECTRICAL COMPONENTS                              :     Case No. 10-11054 (KJC)
INTERNATIONAL, et al.,[1]                          :
                                                   :     Joint Administration Requested
            Debtors.                               :

---------------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

A.  Voluntary Petitions

    1.  Voluntary Petition of Electrical Components International, Inc.

    2.  Voluntary Petition of ECM Holding Company

    3.  Voluntary Petition of FP-ECI Holdings Co.

    4.  Voluntary Petition of Noma O.P., Inc.

B.  First Day Motions

    5.  Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Authorizing Joint Administration of Chapter 11 Cases [Docket No. 3 - filed 3/30/10]

    6.  Debtors' Motion for an Order Pursuant to Sections 105(a), 363(c) and 345(b) of the Bankruptcy Code (I) Authorizing the Debtors to (A) Continue Their Existing Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and (II) Granting an Extension of Time to Comply With Section 345(b) of the Bankruptcy Code [Docket No. 4 - filed 3/30/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Electrical Components International, Inc (4361); FP-ECI Holdings Company (4246) ("**Holdings**"); ECM Holding Company (7759) ("**ECM Holding**"); Noma O P Inc (5495) ("**Noma**")

7. Debtors' Motion Pursuant to Sections 105(a), 362(d), 363(b) and 503(b) of the Bankruptcy Code for Authority to (A) Continue Their Workers' Compensation Programs and Their Liability, Property, and Other Insurance Programs and (B) Pay All Obligations in Respect Thereof [Docket No. 5 - Filed 3/31/10]

8. Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Interim and Final Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance; and (III) Approving Procedures for Resolving Requests For Additional Adequate Assurance [Docket No. 6 - Filed 3/31/10]

9. Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to Pay the Prepetition Claims of Certain Creditors in the Ordinary Course of Business [Docket No. 7 - Filed 3/31/10]

10. Debtors' Motion Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code for Authority to Pay Prepetition Use Taxes, Real and Personal Property Taxes, and Certain Other Governmental Assessments [Docket No. 8 - Filed 3/31/10]

11. Debtors' Motion for an Order (I) Scheduling A Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing an Objection Deadline to Object to the Disclosure Statement and the Prepackaged Plan; (III) Approving the Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 9 - Filed 3/31/10]

12. Debtors' Motion Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-1 for an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Lists of Equity Security Holders, Schedules of Current Income and Expenditures and Statements of Financial Affairs, and (II) Waving the Requirements to File Same Upon Confirmation of the Plan [Docket No. 10 - Filed 3/31/10]

13. Debtors' Motion Pursuant to Sections 105(a), 363(b) and 507(a) of the Bankruptcy Code (I) Authorizing the Debtors to Pay Wages, Salaries, Compensation and Employee Benefits, and (II) Authorizing and Directing the Debtors' Financial Institutions to Honor and Process Checks and Electronic Funds Transfers Related to Such Obligations [Docket No. 11 - Filed 3/31/10]

14. Debtors' Motion for Entry of Orders (I) Authorizing Debtors to Obtain Postpetition Financing on a Superpriority and Priming Basis Pursuant to Sections 105, 361, 362 and 364 of the Bankruptcy Code, (II) Granting Priming Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364(c) and (d) of the Bankruptcy Code, (III) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (IV) Granting Adequate

Protection to Prepetition Secured Lenders Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (V) Modifying the Automatic Stay, and (VI) Prescribing Form and Manner of Notice and Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 12 - Filed 3/31/10]

C. <u>Declaration of David J. Webster in Support of the Debtors' Chapter 11 Petitions and First Day Relief</u> [Docket No. 13 - Filed 3/31/10]

Dated: March 31, 2010
Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Proposed Attorneys for Debtors
and Debtors in Possession

3