IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
**In re**                                   :   **Chapter 11**
                                            :
**ELECTRICAL COMPONENTS**                   :   **Case No. 10-11054 (KJC)**
**INTERNATIONAL, INC.** *et al.*,[1]        :
                                            :   **Jointly Administered**
            **Debtors.**                    :
                                            :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 27, 2010 AT 1:30 P.M. (EDT)[2]**

I. **MATTERS GOING FORWARD**

1. Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Interim and Final Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance; and (III) Approving Procedures for Resolving Requests for Additional Adequate Assurance [Docket No. 6; filed 3/31/10]

   Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

   Related Documents:

   A. Interim Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance; and (III) Approving Procedures for Resolving Requests for Additional Adequate Assurance; and (IV) Scheduling a Final Hearing [Docket No. 42; filed 4/1/10]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Electrical Components International, Inc. (4361); FP-ECI Holdings Company (4246); ECM Holding Company (7759); Noma O.P., Inc. (5495). The address for each of the Debtors is 1 City Place Drive, Suite 450, St. Louis, Missouri, 63141.

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on April 26, 2010.

B.  Notice of (A) Entry of Interim Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance; (III) Approving Procedures for Resolving Requests for Additional Adequate Assurance; and (IV) Scheduling a Final Hearing, and (B) Final Hearing With Respect Thereto [Docket No. 47; filed 4/5/10]

Responses Received: None to date.

Status: The hearing on this matter will go forward.

2.  Debtors' Motion for Entry of Orders (I) Authorizing Debtors to Obtain Postpetition Financing on a Superpriority and Priming Basis Pursuant to Sections 105, 361, 362 and 364 of the Bankruptcy Code, (II) Granting Priming Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364(c) and (d) of the Bankruptcy Code, (III) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (IV) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (V) Modifying the Automatic Stay, and (VI) Prescribing Form and Manner of Notice and Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 12; filed 3/31/10]

Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

Related Documents:

A.  Interim Order (I) Authorizing Debtors To Obtain Postpetition Financing on a Super-Priority and Priming Basis Pursuant to Sections 105, 361, 362 and 364 of the Bankruptcy Code, (II) Granting Priming Liens and Super-Priority Claims to Postpetition Lenders Pursuant to Section 364(c) and (d) of the Bankruptcy Code, (III) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (IV) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (V) Modifying the Automatic Stay, and (VI) Prescribing Form and Manner of Notice and Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 36; filed 4/1/10]

B.  Notice of (A) Entry of Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing on a Super-Priority and Priming Basis Pursuant to Sections 105, 361, 362 And 364 of the Bankruptcy Code, (II) Granting Priming Liens and Super-Priority Claims to Postpetition Lenders Pursuant to Section 364(c) and (d) of the Bankruptcy Code, (III) Authorizing the Debtors to Use Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (IV) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (V)

Modifying the Automatic Stay, and (VI) Prescribing Form and Manner of Notice and Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 48; filed 4/5/10]

Responses Received: None to date.

Status: The hearing on this matter will go forward.

## II. UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION

3. Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 for Authority to Retain and Employ Ernst & Young LLP as Auditors and Tax Advisors *Nunc Pro Tunc* to the Commencement Date [Docket No. 52; filed 4/6/10]

    Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

    Related Documents:

    A. Certification of No Objection regarding Debtors' Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 for Authority to Retain and Employ Ernst & Young LLP as Auditors and Tax Advisors *Nunc Pro Tunc* to the Commencement Date [Docket No. 71; filed 4/22/10]

    B. Proposed Form of Order

    Responses Received: None to date.

    Status: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

4. Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1 and 2016-2(g) Authorizing the Retention and Employment of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors, *Nunc Pro Tunc* to the Commencement Date [Docket No. 53; filed 4/6/10]

    Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

    Related Documents:

    A. Certification of No Objection regarding Application of Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1 and 2016-2(g) Authorizing the

3

Retention and Employment of Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors, *Nunc Pro Tunc* to the Commencement Date [Docket No. 73; filed 4/22/10]

B. Proposed Form of Order

Responses Received: None to date.

Status: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

5. Application of the Debtors and Debtors in Possession for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Commencement Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 58; filed 4/9/10]

Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

Related Documents:

A. Certification of No Objection regarding Application of the Debtors and Debtors in Possession for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors *Nunc Pro Tunc* to the Commencement Date Pursuant to Section 327(a) of the Bankruptcy Code [Docket No. 72; filed 4/22/10]

B. Proposed Form of Order

Responses Received: None to date.

Status: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

6. Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 59; filed 4/9/10]

Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

Related Documents:

A. Certification of No Objection regarding Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Authority to Employ and Retain Weil, Gotshal & Manges LLP

as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 74; filed 4/22/10]

    B.    Proposed Form of Order

Responses Received: None to date.

Status: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

7. Debtors' Application Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) for Authority to (I) Employ and Retain Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Commencement Date and (II) Appoint Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 61; filed 4/9/10]

Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

Related Documents:

    A.    Certification of No Objection regarding Debtors' Application Pursuant to 28 U.S.C. § 156(c) and Local Rule 2002-1(f) for Authority to (I) Employ and Retain Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtors *Nunc Pro Tunc* to the Commencement Date and (II) Appoint Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 75; filed 4/22/10]

    B.    Proposed Form of Order

Responses Received: None to date.

Status: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

8. Debtors' Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business [Docket No. 62; filed; 4/12/10]

Objection/Response Deadline: April 20, 2010 at 4:00 p.m. (EDT)

Related Documents:

    A.    Certification of No Objection regarding Debtors' Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the

Debtors to Employ Professionals Used in the Ordinary Course of Business [Docket No. 76; filed; 4/22/10]

B. Proposed Form of Order

<u>Responses Received</u>: None to date.

<u>Status</u>: A certification of no objection was filed on April 22, 2010. Accordingly, a hearing on this matter is necessary only to the extent that the Court has questions or concerns.

Dated: April 23, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ *signature*

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Proposed Attorneys for Debtors
and Debtors in Possession