IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
ELECTRICAL COMPONENTS                                          :    Case No. 10-11054 (KJC)
INTERNATIONAL, INC. *et al.*,[1]                               :
                                                               :    Jointly Administered
        Debtors.                                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 11, 2010 AT 4:00 P.M. (EDT)[2]

I. **MATTERS GOING FORWARD**

  1. Joint Prepackaged Plan of Reorganization of Electrical Components International, Inc., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 54; filed 4/8/10]

     Objection/Response Deadline: May 3, 2010 at 4:00 p.m. (EDT)

     Related Documents:

     A. Joint Prepackaged Plan of Reorganization of Electrical Components International, Inc., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 16; filed 3/31/10]

     B. Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Electrical Components International, Inc., *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 17; filed 3/31/10]

     C. Affidavit of Service and Declaration of Christina F. Pullo on Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Prepackaged Plan of Electrical

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Electrical Components International, Inc (4361); FP-ECI Holdings Company (4246); ECM Holding Company (7759); Noma O.P., Inc. (5495). The address for each of the Debtors is 1 City Place Drive, Suite 450, St. Louis, Missouri, 63141.

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on May 10, 2010.

Components International, Inc. *et al* Under Chapter 11 of the Bankruptcy Code [Docket No. 20; filed April 1, 2010]

D. Order (I) Scheduling a Combined Hearing to Consider (A) Approval of the Disclosure Statement, (B) Approval of Solicitation Procedures and Form of Ballots, and (C) Confirmation of the Prepackaged Plan; (II) Establishing and Objection Deadline to Object to the Disclosure Statement and the Prepackaged Plan; (III) Approving the Form and Manner of Notice Thereof; and (IV) Granting Related Relief [Docket No. 39; filed 4/1/10]

E. Affidavit of Service [Docket No. 43; filed 3/31/10]

F. Notice of Commencement of Cases Under Chapter 11 of the Bankruptcy Code and Summary of Prepackaged Plan of Reorganization and Notice of (i) Hearing to Consider (a) Debtors' Compliance with Disclosure Requirements and (b) Confirmation of Plan of Reorganization [Docket No. 44; filed 4/2/10]

G. Affidavit of Service [Docket No. 56; filed 4/8/10]

H. Notice of filing of Joint Prepackaged Plan of Reorganization of Electrical Components International, Inc. *et al.* Under Chapter 11 of the Bankruptcy Code [Docket No. 57; filed 4/8/10]

I. Affidavit of Publication [Docket No. 67; filed 4/22/10]

J. Plan Supplement in Support of the Debtors' Joint Prepackaged Plan of Reorganization [Docket No. 92; filed 5/4/10]

K. Declaration of David J. Webster in Support of Entry of an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 93; filed 5/7/10]

L. Declaration of Homer Parkhill in Support of Entry of an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. __; to be filed]

M. Debtors' Memorandum of Law in Support of the Debtors' Request for an Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(a) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II)

Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. __; to be filed]

N. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' (A) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II) Confirming the Debtors' Joint Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. __; to be filed]

Objections/Responses Filed: None.

Status: The hearing on this matter will go forward.

Dated: May 7, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Travis A. McRoberts (No. 5274)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Attorneys for Debtors
and Debtors in Possession