UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :
In re                                                           :  Chapter 11
                                                                :
ELECTRICAL COMPONENTS                                           :  Case No. 10-11054 (KJC)
INTERNATIONAL, INC. *et al.*,[1]                                :
                                                                :
            Debtors.                                            :  Jointly Administered
                                                                :
---------------------------------------------------------------x

NOTICE OF (A) ENTRY OF ORDER (i) APPROVING THE
DEBTORS' (a) DISCLOSURE STATEMENT PURSUANT TO
SECTIONS 1125 AND 1126(b) OF THE BANKRUPTCY CODE,
(b) SOLICITATION OF VOTES AND VOTING PROCEDURES, AND
(c) FORMS OF BALLOTS, AND (ii) CONFIRMING THE DEBTORS' JOINT
PREPACKAGED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE, AND (B) OCCURRENCE OF EFFECTIVE DATE

TO CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that an order (the "**Order**") of the Honorable Kevin J. Carey, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures, and forms of ballots, and confirming the Debtors' Amended Joint Prepackaged Plan of Reorganization of Electrical Components International, Inc., *et al.* Under Chapter 11 of the Bankruptcy Code, dated as of April 8, 2010 (as amended and supplemented, the "**Prepackaged Plan**"), of Electrical Components International, Inc. ("**ECI**") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), was entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on May 11, 2010. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Prepackaged Plan and the Order.

PLEASE TAKE FURTHER NOTICE that the Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Order is also available on the internet site of the Debtors' noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/eci or

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Electrical Components International, Inc. (4361); FP-ECI Holdings Company (4246) ("**Holdings**"); ECM Holding Company (7759) ("**ECM Holding**"); Noma O.P., Inc (5495) ("**Noma**"). The address for each of the Debtors is 1 City Place Drive, Suite 450, St. Louis, Missouri, 63141.

by accessing the Bankruptcy Court's website www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Prepackaged Plan occurred on May 14, 2010.

PLEASE TAKE FURTHER NOTICE that the Prepackaged Plan and the provisions thereof are binding on the Debtors, the Reorganized Debtors, any holder of a Claim against, or Equity Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Equity Interest of such holder is impaired under the Prepackaged Plan and whether or not such holder or entity voted to accept the Prepackaged Plan.

Dated: Wilmington, Delaware
May 14, 2010

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Stephen A. Youngman
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

Attorneys for Debtors
and Debtors in Possession