**ORIGINAL**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                          :
In re                                     :        **Chapter 11**
                                          :
**ELECTRICAL COMPONENTS**                 :        **Case No. 10-11054-KJC**
**INTERNATIONAL, INC. et al.[1]**         :
                                          :        **Jointly Administered**
                **Reorganized Debtors.**  :
                                          :        Re: Docket No. 124
                                          :
-------------------------------------------------------------x

### FINAL DECREE CLOSING THE REORGANIZED DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3022, AND LOCAL RULE 5009-1

Upon the motion (the **"Motion"**), dated July 6, 2010, of Electrical Components

International, Inc. (**"ECI"**), and certain of its affiliates, as reorganized debtors in the above-

captioned chapter 11 cases (collectively, the **"Reorganized Debtors"**), pursuant to section

350(a) of the Bankruptcy Code,[2] Bankruptcy Rule 3022, and Local Rule 5009-1 seeking to close

the cases of the Reorganized Debtors all as more fully described in the Motion; and the Court

having been satisfied that the Reorganized Debtors have achieved consummation of their Joint

Prepackaged Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated April 8,

2010 (D.I. 54) (the **"Plan"**) and it appearing that the Reorganized Debtors' estates have been

fully administered; and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four (4) digits of each debtor's federal tax identification number, are: Electrical Components International, Inc. (4361); FP-ECI Holdings Company (4246) (**"Holdings"**); ECM Holding Company (7759) (**"ECM Holding"**); Noma O.P., Inc. (5495) (**"Noma"**).

[2] Capitalized terms used herein and not otherwise defined shall have the same meanings ascribed to them in the Motion.

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided to: (i) the United States Trustee for the District of Delaware; (ii) the Reorganized Debtors' thirty (30) largest unsecured creditors (on a consolidated basis); (iii) counsel to the Postpetition Agent and counsel for the Prepetition First Lien Agent, Latham & Watkins, LLP (attn: David S. Heller, Esq. and Roger G. Schwartz, Esq.); (iv) counsel to the Prepetition Second Lien Agent, Goodwin Procter, LLP (attn: Emanuel Grillo, Esq.); (v) counsel to Sankaty Investors, Ropes & Gray, LLP (attn: Alyson Allen, Esq. and Anne H. Pak, Esq.); (vi) counsel to Francisco Partners, Shearman & Sterling, LLP (attn: Jill Frizzley, Esq. and Danielle Kalish, Esq.); (vii) O'Melveny & Myers, LLP (attn: Peter Healy, Esq.); and (viii) those parties who have requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "**Notice Parties**"), and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Reorganized Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings before the Court, the Court hereby ORDERS that:

1.     The Motion is granted to the extent set forth herein.

2.     The cases are hereby closed; *provided, however*, that the Court shall retain jurisdiction as is provided for in Article XII of the Plan (Retention of Jurisdiction).

3.     Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen the Reorganized Debtors' chapter 11 cases for cause.

2

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: _____Aug 4_____, 2010
       Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3